# UNITED STATES DISTRICT COURT

Ft. Myers Division for the
Sothern District of Florida

Ft. Myers Division

Case No. 2:25-cv-967-SPC-NPM
*(to be filled in by the Clerk's Office)*

FILED - USDC - FLMD
OCT 28 2025

Harold Glenn Lora
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Lee County Jail - Physician - Lee County Sheriff
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Harold Glenn Lora

All other names by which you have been known:

ID Number: 1010864

Current Institution: Lee County Jail - Medina County Jail

Address: Ortiz St.

Ft. Myers (City) Fl. (State) 33901 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Lee County Jail - Physician

Job or Title *(if known)*: Physician

Shield Number:

Employer: Lee County Jail / Lee County Sheriff

Address: Ortiz St

Ft. Myers (City) Fl (State) 33901 (Zip Code)

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Lee County Sheriff

Job or Title *(if known)*: Lee County Sheriff

Shield Number: Ortiz st

Employer: Lee County

Address:

Ft. Myers (City) Fl (State) 33901 (Zip Code)

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Lee County Jail Nursing staff

Job or Title *(if known)*: & Registered Nurses

Shield Number:

Employer: Lee County Jail - Lee County Sheriff

Address: 1700 Monroe St

Ft. Myers (City) Fl (State) 33901 (Zip Code)

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City State Zip Code

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Constitutional Rights - ADA for disabled Americans. Also state regulations Fourth Amendment, Fourteenth admendment Eigth Amendment Violation of any Constitutional and Civil Rights Medical + Mental Health for Chronic Conditions

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Upon being taken into Custody 8-30-2025 by Lee County Sheriff, I was not given my life sustaining medications for chronic Heart and health conditions, Spinal stenosis and also Anxiety. Medications were changed. doses were eliminated - And not given at all

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At Lee County Jail - Ortiz - Ft. Myers Fl.

8-30-25 through 9-24-25.

C. What date and approximate time did the events giving rise to your claim(s) occur?

During My time in custody at Lee County Jail from 8-20-25 to 9-24-2025

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was not given Medication for my Chronic heart condition and my spinal Stenosis disability. I was not give correct amounts and dose of life sustaining medications and mental health medications that I was prescribed before being taken into Custody.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional distress, Physical Nerve Pain Neck, back, lower back, legs. Elevated Anxiety Associated with my Chronic heart condition and my stroke history do to not being given my life sustaining medications and my mental health meds and my Nerve pain meds. Severe Neck, Back + Nerve pain!

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive damages in 2.5 millions dollars. Basis for these claims, My Constitutional civil Rights were violated by Lee County Jail + Lee County Jail Physicians and Nursing staff. I endured severe physically pain while in custody at Lee County Jail do to the fact I was not given my prescribed Medications for my disability and my Chronic heart disease (cont. from

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lee County Jail - Lee County Florida Ft. Myers, Ortiz location

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Some of my claims, but nothing was done to resolve what was happening while I was in jail.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

On the jail kiosk system with the sergeant + Medical at Lee County Jail.

2. What did you claim in your grievance?

That I was not being my medications for my chronic heart condition, and I was not being given the correct doses for my chronic heart condition. And I was not being given my ~~med~~ ~~teeth~~ meds as prescribed or for spinal stenosis

3. What was the result, if any?

There were no results.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appeal every grievance, because the jail refused to give me my prescribed medications. They actually changed my doses and refused to give me my meds for my disability.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I continously asked medical + Sergeant for my prescribed medications, Complaints, request, grievances, appeals. Nothing was done. I also asked a ROI be done and I don't think it ever was done. But the Lee County Jail still charged my Meds for my Conditions

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __________

3. Docket or index number

   __________

4. Name of Judge assigned to your case

   __________

5. Approximate date of filing lawsuit

   __________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ____________________

3. Docket or index number

   ____________________

4. Name of Judge assigned to your case

   ____________________

5. Approximate date of filing lawsuit

   ____________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ____________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-20-2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Harold Glenn Lora

Prison Identification # 1010864

Prison Address Lee County Jail - Ortiz

Ft. Myers, Fl. 33901

City State Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City State Zip Code

Telephone Number 740-294-7251

E-mail Address bighowie05@gmail.com

Over →

During my time at Lee County Jail, Florida, I was Not given my Medications that I was prescribed by my doctors prior to being taken into custody. Medications were changed, doses and amounts of MG. were changed. No ROI was done on me when I entered the jail or NO Medical or Mental Health Screening was done on me. I was Not given my life sustaining Medications, I have chronic heart conditions, history of stroke, Spinal stenosis, Severe Nerve pain from previous back injury and I have a Anxiety disorder. Which my proper meds for that were Not given to me as well. I feel my civil Rights and Constitutional Rights have been ~~violated~~ violated. By Lee County Jail and the Lee County Jail physician.

h?

4207